**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6052

GARY LEE HARRIS,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections; A. D. ROBERTSON,
Warden of Nottoway Correctional Center; T. C.
ESTEP, Assistant Warden of Programs; LOUIS B.
CEI, Chairman of the Virginia Department of
Corrections, Central Classification Board;
PATRICK GURNEY, Former Manager of the Classi-
fication and Records Section of the Department
of Corrections; JOHN DOE, Manager of the Clas-
sification Board; GENE JOHNSON, Assistant
Director of the Virginia Department of Correc-
tions; JOHN R. ALDERMAN, Chairman of the Vir-
ginia Parole Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-99-711-AM)

Submitted: April 13, 2000          Decided: April 21, 2000

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Gary Lee Harris, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Lee Harris, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Harris v. Angelone, No. CA-99-711-AM (E.D. Va. Dec. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED